UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　　Plaintiff, )<br>)<br>　　　v. )<br>)<br>JULIAN KEGLER (01), )<br>)<br>　　　　　　Defendant. ) | Cause No. 1:20-cr-00286-JMS-DML |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt [247] recommending that Julian Kegler's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt [247]. The Court finds that Mr. Kegler committed Violation Numbers 2 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [211]. The Court dismisses Violation Number 1 at dkt [211]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Kegler is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months and with no supervised release to follow. The Court recommends placement at FCC Beaumont.

Date: 8/17/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal